**McCARTHY & HOLTHUS, LLP**
Rebecca L. Lang (SBN 249234)
1770 Fourth Avenue
San Diego, California 92101
Phone: (619) 916-3474
Facsimile: (619) 243-1979

Attorneys for Plaintiffs,
Federal Home Loan Mortgage Corporation,
its assignees and/or successor

FILED
CLERK, U.S. DISTRICT COURT
JAN 18 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Federal Home Loan Mortgage Corporation, | 2:12-cv-00241-SVW- FFM |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL OF UNLAWFUL DETAINER ACTION WITHOUT PREJUDICE** |
| vs. | |
| Fred H. Birault, et al | |
| Defendant | |

Plaintiff, Federal Home Loan Mortgage Corporation by and through its attorney of record, Rebecca Lang, Esq., of McCarthy & Holthus, LLP, respectfully submits to this Court a proposed Order granting a dismissal of the case pursuant to FRCP 41(a) without prejudice.

**IT IS ORDERED** that the Unlawful Detainer case be dismissed pursuant to FRCP 41(a) without prejudice.

1/17/2012

_____
United States District Judge
**STEPHEN V. WILSON**